**787 WORDEN vs. CIRCUIT JUDGE (Manistee), 33 M., 111.**

To vacate an order granting leave to file a bond to stay or supercede execution, after return had been made to the Supreme

Court of the writ of error, and recalling a previously issued execution.

Granted January 4, 1876.